CITY TRUST, SAFE DEPOSIT AND SURETY COMPANY OF PHILA-DELPHIA, Respondent, v. FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.

*City Trust, S. D. & S. Co.* v. *Fidelity & Casualty Co.*, 58 App. Div. 18, affirmed.
(Argued May 20, 1902; decided June 10, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 21, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles C. Nadal* for appellant.

*William S. Ray* and *Frederick J. Swift* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

ALEXANDER FRANK, Respondent, v. METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Frank* v. *Metropolitan Street Ry. Co.*, 58 App. Div. 100, affirmed.
(Argued May 20, 1902; decided June 10, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 20, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles Stewart Davison, Charles F. Brown, Henry Melville* and *Henry A. Robinson* for appellant.

*William H. Ford* and *William T. Gilbert* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ. Dissenting: PARKER, Ch. J., and CULLEN, J.